**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| Abraham De La Torre | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:20-cv-102 |
| vs. | ) | |
| | ) | |
| Blue Cross Blue Shield of Texas | ) | |
| | ) | |
| Defendant | ) | |

**<u>APPENDIX</u>**

Cause Number: 3SC-19-0375

ABRAHAM DELATORRE  
VS.  
BLUE CROSS BLUE SHIELD OF  
TEXAS, INC.

IN THE JUSTICE COURT  
PRECINCT THREE  
WILLIAMSON COUNTY, TEXAS

TO: Blue Cross Blue Shield of Texas, Inc.  
901 S Central Expressway  
Richardson Tx 75080-7302

THIS COPY OF PROCESS WAS DELIVERED TO YOU ON THE _12/30/19_ day of ____  
BEN ADAMCIK, CONSTABLE  
PCT.3, Dallas County, Tx  
By _____ Deputy

### THE STATE OF TEXAS
### SMALL CLAIMS CITATION

YOU HAVE BEEN SUED. You may employ an attorney to help you in defending against this lawsuit. But you are not required to employ an attorney. <u>You or your attorney must file an answer with the court.</u> Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday, or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday, or legal holiday. <u>DO NOT IGNORE THESE PAPERS. If you do not file an answer by the due date, a default judgment may be taken against you.</u> For further information, consult Part V of the Texas Rules of Civil Procedure, which is available online and also at the court listed on this citation."

This citation is issued pursuant to a petition filed on <u>12/20/2019.</u>

<u>YOUR ANSWER MUST BE FILED WITH THIS COURT LOCATED AT:</u>  
Evelyn Mclean  
Justice of the Peace, Precinct Three  
100 Wilco Way, Suite 204  
Georgetown Texas 78626

The nature of Plaintiff's demand is: <u>DENIED COVERAGE FOR SURGERY.</u>  
(SEE ATTACHED PETITION FOR MORE DETAILS OF CLAIM)

ISSUED UNDER MY HAND this December 23, 2019.

_____  
Judge/Clerk  (512) 943-1541  
100 Wilco Way, Ste. 204  
Georgetown, TX 78626

PLAINTIFF:  
Abraham Delatorre  
72 Jan Ln  
Georgetown Tx 78626-0000



3SC-19-0315

## PETITION: SMALL CLAIMS CASE

Abraham De La Torre §   In the Justice Court of
Plaintiff
§   Williamson County, Texas
§
Blue Cross Blue Shield of Texas, INC §   ~~Precinct One~~
Defendant                                                        Precict Three

**COMPLAINT:** The basis for the claim which entitles the plaintiff to seek relief against the defendant is:
The defendant Blue Cross Blue Shield of Texas denied me coverage of a surgery starting in February of 2019. They claimed it was not medically necessary. My doctor deemed it medically necessary. For months I was in pain. This effected my work and family life. It also caused me physiological and emotional issues. On July 15th I paid for the surgery myself using money from my 401k. Forcing me to use my 401k has put me in a difficult situation, since it will affect my future retirement. Post surgery I have felt excellent, the pain is completly gone.

**RELIEF:** Plaintiff seeks damages in the amount of $ 9365.00, and/or return of personal property as described as follows (be specific): _____, which has a value of $ _____. Additionally, plaintiff seeks the following: _____

**SERVICE OF CITATION:** Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are: _____

☑ if you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box, and provide your valid email address: Mreva1120@gmail.com

**Defendant's Information**

Ronald Taylor
Printed Defendant's Name

901 S Central EXPWY
Address of Defendant's Attorney, if any, or Defendant if none

Richardson, TX 750807302 USA
City, State, Zip
DATE OF BIRTH: _____
LAST 3 NUMBERS OF DRIVER LICENSE: _____
*LAST 3 NUMBERS OF SOCIAL SECURITY: _____
DEFENDANT'S PHONE NUMBER: _____

**Plaintiff's Information**

Signature of the Plaintiff or Attorney

Abraham De La Torre
Print Plaintiff's Name

72 Jan Ln
Address of Plaintiff's Attorney, if any, or Plaintiff if none

Georgetown, TX 78626
City, State, Zip

(512) 902-7414
Phone & Fax No. of Plaintiff's Attorney, if any, or Plaintiff if none

Rev. 1/2017

EXHIBIT 2

Filed: 1/14/2020 10:52 AM
Judge Evelyn McLean
Justice of the Peace, Precinct 3
Williamson County

CAUSE NO. 3SC-19-0375

| | | |
|---|---|---|
| ABRAHAM DELATORRE, | § | JUSTICE OF THE PEACE |
| Plaintiff, | § | |
| | § | |
| v. | § | PRECINCT 3 |
| | § | |
| BLUE CROSS BLUE SHIELD OF | § | |
| TEXAS, INC. | § | |
| Defendant. | § | WILLIAMSON COUNTY, TEXAS |

## ORIGINAL ANSWER

Defendant Blue Cross Blue Shield of Texas, Inc., doing business through its division Blue Cross and Blue Shield of Texas ("BCBSTX" or "Defendant"), files the following Original Answer.

### I.
### GENERAL DENIAL

Defendant denies each and every, all and singular, the material allegations contained in the Plaintiff's Original Petition and demands strict proof by a preponderance of the evidence. This constitutes a general denial pursuant to Rule 92 of the Texas Rules of Civil Procedure.

WHEREFORE, PREMISES CONSIDERED, Defendant requests that Plaintiff take nothing by this lawsuit and Defendant recover its costs. Defendant further requests such other relief, both legal and equitable, to which it may show itself justly entitled.


EXHIBIT 3

Respectfully submitted,

By: /s/ Andrew F. MacRae
    ANDREW F. MACRAE
    *State Bar No. 00784510*
    LEVATINO|PACE PLLC
    1101 S. Capital of Texas Highway
    Building K, Suite 125
    Austin, Texas 78746
    Tel: (512) 637-1581
    Fax: (512) 637-1583
    andrew@lpfirm.com

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I forwarded a true and correct copy of this Original Answer on January 14, 2020, via e-mail and/or electronic filing, to the following counsel of record:

Abraham Delatorre
72 Jan Lane
Georgetown, Texas 78626
mrevo1120@gmail.com

    /s/ Andrew F. MacRae
    Andrew F. MacRae

2

Filed: 1/27/2020 4:21 PM
Judge Evelyn McLean
Justice of the Peace, Precinct 3
Williamson County



1101 S. Capital of Texas Hwy.
Building K, Ste. 125
Austin, Texas 78746
t: 512.637.1581
f: 512.637.1583

Writer's Email: andrew@lpfirm.com

January 27, 2020

Honorable Evelyn McLean                                   *Via eFiling / ProDoc*
Justice of the Peace, Precinct 3
Georgetown Annex
100 Wilco Way, Suite 204
Georgetown, Texas 78626

Re: Cause No. 3SC-19-0375; *Abraham Delatorre v. Blue Cross Blue Shield of Texas, Inc.*; In the Justice of the Peace, Precinct 3, Williamson County, Texas.

Dear Rose Mary:

Please accept this letter as a request for the case summary sheet in the above matter. Please e-mail to my assistant, Lee Roberts at lee@lpfirm.com. Thank you.

Sincerely,

Levatino|Pace PLLC


By:   /s/ Andrew F. MacRae
      Andrew F. MacRae

501-207


EXHIBIT 4

Envelope# 40316017
Case# 3SC-19-0375

JP3
# CASE SUMMARY
### CASE NO. 3SC-19-0375

| | | |
|---|---|---|
| **ABRAHAM DELATORRE**<br>VS.<br>BLUE CROSS BLUE SHIELD OF TEXAS, INC. | §<br>§<br>§<br>§ | Location: **JP3**<br>Judicial Officer: **McLean, Evelyn**<br>Filed on: **12/20/2019** |

## CASE INFORMATION

**File Date** 12/20/2019

**Filed By** Delatorre, Abraham   **Filed Against** BLUE CROSS BLUE SHIELD OF TEXAS, INC.

**Cause of Action** Small Claims

**Description/Remedy**
Action
Denied Coverage for Surgery
$9,365.00 Monetary
Comment: Denied Coverage for Surgery

Case Type: **Small Claims**
Case Status: **01/14/2020   Answer Filed**

## CASE ASSIGNMENT

**Current Case Assignment**
Case Number        3SC-19-0375
Court              JP3
Date Assigned      12/20/2019
Judicial Officer   McLean, Evelyn

## PARTY INFORMATION

*Lead Attorneys*

**Plaintiff**   Delatorre, Abraham
72 JAN LN
GEORGETOWN, TX 78626-0000

**Defendant**   BLUE CROSS BLUE SHIELD OF TEXAS, INC.
901 S Central Expressway
Richardson, TX 75080-7302

Macrae, Andrew F
*Retained*
512-472-4554(W)
1101 S. Capital of Texas Highway
Building K, Suite 125
Austin, TX 78746

## EVENTS & ORDERS OF THE COURT

| DATE | | INDEX |
|---|---|---|
| 12/20/2019 | **Cause of Action**   Small Claims   (Denied Coverage for Surgery)<br>Filed By        Delatorre, Abraham<br>Filed Against   BLUE CROSS BLUE SHIELD OF TEXAS, INC.<br>Action Type     Action<br>Remedies Sought   Monetary   (Denied Coverage for Surgery) | |
| 12/20/2019 | Plaintiff's Original Petition | |
| 12/23/2019 | Citation<br>Party: Plaintiff Delatorre, Abraham<br>*Sent to Dallas County Constable* | |
| 12/23/2019 | **Citation**<br>BLUE CROSS BLUE SHIELD OF TEXAS, INC.<br>Unserved | |
| 12/23/2019 | | |



PAGE 1 OF 2

Printed on 01/28/2020 at 8:47 AM

JP3
# CASE SUMMARY
### CASE NO. 3SC-19-0375

|  |  |
|---|---|
|  | 📄 Letter <br> *Service instructions sent with citation* |
| 01/14/2020 | 📄 Original Answer <br> *Original Answer filed by Def Atty Andrew MacRae* |
| 01/27/2020 | 📄 Request <br> *Request - Ltr requesting case summary sheet filed by Def Atty Andrew F. MacRae* |

| DATE | FINANCIAL INFORMATION |
|---|---|

**Plaintiff** Delatorre, Abraham
| | |
|---|---:|
| Total Charges | 46.00 |
| Total Payments and Credits | 46.00 |
| **Balance Due as of 1/28/2020** | **0.00** |