IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

De la Torre §
v. § 1:20-cv-102-RP
Blue Cross Blue Shield §
§

## NOTICE CONCERNING REFERENCE TO
## UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 626(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party __BCBSTX__

through counsel __Andrew MacRae__

___ consents to having a United States Magistrate Judge preside over the trial in this case.

_✓_ declines to consent to trial before a United States Magistrate Judge.

Respectfully submitted,

_____

Attorney for:

__Defendant__