IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ABRAHAM DE LA TORRE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:20-CV-102-RP |
| BLUE CROSS AND BLUE SHIELD OF TEXAS, | § § § § | |
| Defendant. | § § | |

# **FINAL JUDGMENT**

On this date, the Court issued an order granting Defendant Blue Cross and Blue Shield of Texas's motion for summary judgment, (Mot., Dkt. 26). As nothing remains to resolve, the court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS ORDERED** that each party bear its own costs.

**SIGNED** on December 29, 2020.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE